IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MISSISSIPPI RISING COALITION,
RONALD VINCENT, LEA
CAMPBELL, CURLEY CLARK, and
PAMELA BLACKWELL                                             PLAINTIFFS

v.                                         CAUSE NO. 1:18CV109-LG-RHW

CITY OF OCEAN SPRINGS,
MISSISSIPPI                                                   DEFENDANT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this case should be dismissed for lack of subject matter jurisdiction.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **DISMISSED FOR LACK OF JURISDICTION.**

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE